No. 96–7026. KILO v. CHILES, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7029. LOSS v. ATTORNEY GRIEVANCE COMMISSION ET AL. Sup. Ct. Mich. Certiorari denied.

No. 96–7031. LOWE v. CRAFT ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7032. LEMONS v. DEPARTMENT OF SOCIAL SERVICES OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–7035. HEON v. VOSE ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7036. BROWN v. KRISTIANSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7037. CAMPBELL v. ZOLIN, DIRECTOR, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–7040. MAXBERRY v. PARAMOUNT COMMUNICATIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7042. WOOTEN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–7043. WAGNER v. VIRGINIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7044. TUCKER v. COGGINS/CONTINENTAL GRANITE CO., INC. C. A. 11th Cir. Certiorari denied.

No. 96–7046. BRAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7047. FISCHER v. UNITED CAPITAL CORP. C. A. 2d Cir. Certiorari denied.

No. 96–7048. FISCHER v. BLACKSHEAR, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.